BRYAN SCHRODER
United States Attorney
JONAS M WALKER
STEVEN SKROCKI
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-6011
E-mail: jonas.walker@usdoj.gov

DEBORAH L. CONNOR
Chief, Money Laundering and Asset Recovery Section (MLARS)
WOO S. LEE
Deputy Chief, International Unit
MICHAEL OLMSTED
Senior Trial Attorney, International Unit
Criminal Division
United States Department of Justice
  1400 New York Avenue, N.W., 10th Floor
  Washington, D.C. 20530
  Telephone: (202) 514-1263
  Email: Michael.olmstead2@usdoj.gov

Attorneys for Plaintiff:
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | ) )<br>) | Civil No. 3:20-cv-00126-JMK |
| v. | ) )<br>) | |
| FUNDS IN THE AMOUNT OF 73,293,750 AED (APPROXIMATELY $20 MILLION) IN THE POSSESSION AND CONTROL OF RAS AL KHAIMAH INVESTMENT AUTHORITY (RAKIA) | ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| and | ) |
| | ) |
| ALL CLAIMS FILED AND ASSERTED | ) |
| BY VI2 PARTNERS GMBH AGAINST | ) |
| RAS AL KHAIMAH INVESTMENT | ) |
| AUTHORITY GEORGIA LLC IN CASE | ) |
| NO. 2b/4319-17 PENDING BEFORE | ) |
| THE TBILISI COURT OF APPEALS, | ) |
| REPUBLIC OF GEORGIA AND | ) |
| PROCEEDS THEREOF, | ) |
| | ) |
| Defendant *in rem*. | ) |

## STATUS REPORT REGARDING COMPLETION OF PAYMENT

The United States reports that, per paragraph 11 of the *Joint Stipulation for Entry of Proposed Consent Judgment of Forfeiture* (the "Stipulation," Dkt. 11-1), on January 6, 2021, the United States timely transferred the VI2 Settlement Share (*i.e.* $7,000,000.00 without interest) to VI2's counsel, Hogan Lovells US LLP. On January 8, 2021, VI2's counsel confirmed receipt of the VI2 Settlement Share. Accordingly, the three parties (*i.e.* the Government, VI2, and RAKIA) have all fulfilled their duties under the Stipulation.

Respectfully submitted,

BRYAN SCHRODER
United States Attorney
DEBORAH L. CONNOR
Chief
Money Laundering & Asset Recovery Section
U.S. Department of Justice

By: *Jonas M. Walker*
Assistant U.S. Attorney
District of Alaska